# GRAND JURY RETURNS
## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

Date: **4/5/22**

Judge: **Colombell**, USMJ

Grand Jury Panel #: **GJ 21-1**

Grand Jury Foreperson ( ✓ )

Court Reporter: **Racheal Steck, Veteran Reporters**

Counsel for Govt: **Jessica Wright, Kenneth Simon**

On motion of the Government, granted by the Court, WARRANTS shall be issued as follows:
1. US v **Kelley**
2. US v **Sealed Case #1; Deft #1**
3. US v **Sealed Case #1; Deft #3**
4. US v **Sealed Case #2**

**\* see page 2**

On motion of the Government, granted by the Court, WARRANTS as DETAINERS shall be issued as follows:
1. US v **Sealed Case #1; Deft #2**
2. US v 
3. US v 
4. US v 

On motion of the Government, SUMMONS shall be issued as follows:
1. US v 
2. US v 
3. US v 

Returns were made on the following defendants currently in federal custody, no warrant to issue at this time:
1. US v **Williams**
2. US v **Gonzalez**
3. US v 
4. US v 

On motion of the Government, granted by the Court, the following indictments shall be transferred to the _____ Division for docketing and trial:
1. US v 
2. US v 

Additional Motions, etc: _____

Began: **3:50**   Ended: **3:59**   Time in Court: **9 mins**

GRAND JURY RETURNS
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

Date _____              Judge _____, USMJ

Grand Jury Panel # _____   Grand Jury Foreperson (   )

Court Reporter _____       Counsel for Govt _____

On motion of the Government, granted by the Court, WARRANTS shall be issued as follows:

5. US v _Sealed Case #3_
6. US v _Kuim_
7. US v _Green_
8. US v _____

On motion of the Government, granted by the Court, WARRANTS as DETAINERS shall be issued as follows:

1. US v _____
2. US v _____
3. US v _____
4. US v _____

On motion of the Government, SUMMONS shall be issued as follows:

1. US v _____
2. US v _____
3. US v _____

Returns were made on the following defendants currently in federal custody, no warrant to issue at this time:

1. US v _____
2. US v _____
3. US v _____
4. US v _____

On motion of the Government, granted by the Court, the following indictments shall be transferred to the _____ Division for docketing and trial:

1. US v _____
2. US v _____

Additional Motions, etc: _____