**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:22-cr-35 |
| ) | |
| KORTNEY THOMAS KELLEY, ) | |
| ) | |
| *Defendant*. ) | |

## MOTION OF UNITED STATES TO GRANT AN ADDITIONAL ONE-LEVEL REDUCTION IN THE OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY

The United States of America, by and through undersigned counsel, moves this Honorable Court to grant the defendant, KORTNEY THOMAS KELLEY, an additional one-level reduction in the offense level pursuant to U.S.S.G. § 3E1.1(b). The government states that the defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying the United States of the defendant's intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the United States and the court to allocate their resources efficiently.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:       /s/
Avi Panth
Virginia Bar No. 92450
Assistant United States Attorney
United States Attorney's Office
919 East Main Street
Suite 1900
Richmond, VA 23219
Ph: (804) 819-5400
Fax: (804) 771-2316
Email: avishek.panth@usdoj.gov